1 | BENJAMIN B. WAGNER
United States Attorney
2 | HENRY Z. CARBAJAL III
GRANT B. RABENN
3 | Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
4 | Fresno, CA 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

6 | Attorneys for the
United States of America

FILED

AUG 18 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____J. HELLINGS____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SEALED

UNITED STATES OF AMERICA,

          Plaintiff,

v.

ALFONSO CASAREZ,
MANJIT SINGH, and
YADWINDER SINGH,
  aka "KING",

          Defendants.

) CASE NO.
)
) 1:11CR00275 AWI
)
) EX PARTE MOTION TO SEAL INDICTMENT
) PURSUANT TO RULE 6(E), FEDERAL
) RULES OF CRIMINAL PROCEDURE
)
)
)
)
)
)
)

    The United States of America moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 18, 2011, charging the above defendants with violations of 18 U.S.C. Section 371 - Conspiracy, 18 U.S.C. Section 1028(a)(1) and Section 2 - Unlawful Production of an Identification Document and Aiding and Abetting, and 18 U.S.C. Section 1028(a)(2) and Section 2 - Unlawful Transfer of an Identification Document and Aiding and Abetting be kept secret until the defendants named in the Indictment are either in custody or have

1

been given bail on these offenses; and further order that until such time as each defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except where necessary for the issuance and execution of the warrants.

DATED: August 18, 2011           BENJAMIN B. WAGNER
                                 United States Attorney

                            By:  _____
                                 HENRY Z. CARBAJAL III
                                 Assistant U.S. Attorney


IT IS SO ORDERED this 18th day of August, 2011

_____
U.S. Magistrate Judge