IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:**11**-CR-00275 AWI |
| Plaintiff, | ) |
| v. | ) ORDER TO UNSEAL INDICTMENT |
| ALFONSO CASAREZ,<br>MANJIT SINGH, and<br>YADWINDER SINGH,<br>  aka "KING", | ) |
| Defendants. | ) |

The indictment in this case having been sealed by order of this Court on August 18, 2011 and it appearing that such indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

DATED: August 22, 2011        BY _____
                                 DENNIS L. BECK
                                 United States Magistrate Judge

3