```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   GRANT B. RABENN
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALFONSO CASAREZ,<br>MANJIT SINGH, and<br>YADWINDER SINGH,<br>　aka "KING",<br><br>　　　　　　Defendants. | CASE NO.: 1:11-cr-00275-LJO<br><br>**STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANTS ALFONSO CASAREZ AND YADWINDER SINGH** |

　　　WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to Social Security numbers, dates of birth, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

　　　WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendants Alfonso Casarez and Yadwinder Singh, by and through their counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Henry Z. Carbajal III, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff.  Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the

conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: _____   BENJAMIN B. WAGNER
                          United States Attorney

                          By: /s/ Henry Z. Carbajal III
                          HENRY Z. CARBAJAL III
                          Assistant U.S. Attorney

DATED: _____   By: /s/ Marc Days
                          MARC DAYS
                          Attorney for Defendant
                          ALFONSO CASAREZ

DATED: _____   By: /s/ Eric H. Schweitzer
                          ERIC H. SCHWEITZER
                          Attorney for Defendant
                          YADWINDER SINGH

IT IS SO ORDERED.

**Dated:   September 2, 2011**             /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

3